ACCEPTED
01-15-00145-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 3:40:49 PM
CHRISTOPHER PRINE
CLERK

**Appellate Docket Number:** _____ **01-15-00145-CV** _____

**Appellate Case Style:**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/26/2015 3:40:49 PM

CHRISTOPHER A. PRINE
Clerk

**Harris County Appraisal District**

**V.**

**Integrity Title LLC and Marian Cones**

## DOCKETING STATEMENT (CIVIL)
### First Court of Appeals
[to be filed in the court of appeals upon perfection of appeal
under TRAP 32]

| I.        Parties (TRAP 32.1(a), (e)): | |
|---|---|
| Appellant(s): <br><br>**Harris County Appraisal District** <br><br><br>(*See* note at bottom of page) | Appellee(s): <br><br>**Integrity Title and Marian Cones** <br><br><br><br>(*See* note at bottom of page) |
| Attorney (lead appellate counsel): <br><br>**Donna L. Johnson** <br>**Andrea Chan** <br>**Olson & Olson, L.L.P.** | Attorney (lead appellate counsel, if known; if not, then trial counsel): <br><br>**William Vance Aleshire** <br>**AleshireLAW, PC** |
| Address (lead counsel): <br><br>**Wortham Tower, Suite 600** <br>**2727 Allen Parkway** <br>**Houston, Texas 77019** | Address (lead appellate counsel, if known; if not, then trial counsel): <br><br>**700 Lavaca, Suite 1400** <br>**Austin, Texas 78701** |
| Telephone: <br>(include area code)   **(713) 533-3800** | Telephone: <br>(include area code)   **(512) 320-9155** |
| Telecopy: <br>(include area code)   **(713) 533-3888** | Telecopy: <br>(include area code)   **(512) 320-9156** |
| E-Mail Address: <br>djohnson@olsonllp.com <br>achan@olsonllp.com | E-Mail Address: <br>bill@aleshirelaw.com |
| SBN (lead counsel): **24068896;** <br>**04086600** | SBN (lead counsel): **24031810** |

If not represented by counsel, provide appellant's/appellee's address, telephone number, and telecopy number.

On Attachment 1, or a separate attachment if needed, list the same information stated above for any additional parties to the trial court's judgment.

| II. | Perfection Of Appeal And Jurisdiction (TRAP 32.1(b), (c), (g), (j)): |

| Date order or judgment signed:<br><br>**January 7, 2015**<br><br>(Attach a signed copy, if possible) | Date notice of appeal filed in trial court:<br>**File-stamped on:**      **Mailed on:**<br>**February 12, 2015**      **N/A**<br><br>(Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing) |
|---|---|
| What type of judgment? (e.g., jury trial, bench trial, summary judgment, directed verdict, other (specify))<br><br>**Bench Trial** | Interlocutory appeal of appealable order:<br>  Yes      No **X**<br><br>(Please specify statutory or other basis on which interlocutory order is appealable) (*See* TRAP 28)<br><br><br><br>Accelerated appeal (*See* TRAP 28):<br>  Yes      No **X**<br><br><br>(Please specify statutory or other basis on which appeal is accelerated)<br><br><br><br>Appeal that receives precedence, preference, or priority under statute or rule?<br>  Yes ☐      No **X**<br><br>(Please specify statutory or other basis for such status) |

**III. Actions Extending Time To Perfect Appeal (TRAP 32.1(d)):**

| Action | Filed Check as appropriate | | Date Filed |
|---|---|---|---|
| Motion for New Trial | No **X** | Yes ☐ | |
| Motion to Modify Judgment | No **X** | Yes ☐ | |
| Request for Findings of Fact and Conclusions of Law | No | Yes **X** | **January 20, 2015 and February 6, 2015** |
| Motion to Reinstate | No **X** | Yes ☐ | |
| Motion under TRCP 306a | No **X** | Yes ☐ | |
| Other (specify): | No **X** | Yes ☐ | |

**IV. Indigency Of Party (TRAP 32.1(k)):** (Attach file-stamped copy of affidavit)

| Event | Filed Check as appropriate | | Date | N/A |
|---|---|---|---|---|
| Affidavit filed | No **X** | Yes ☐ | | |
| Contest filed | No **X** | Yes ☐ | | |
| Date ruling on contest due: | | | | |
| Ruling on contest: Sustained ☐    Overruled ☐ | | | | |

**V. Bankruptcy (TRAP 8):**

Will the appeal be stayed by bankruptcy?   **No**          Date bankruptcy filed?   **N/A**

Name of bankruptcy court:   **N/A**          Bankruptcy Case No.: **N/A**

Style of bankruptcy case:        **N/A**

**VI. Trial Court And Record (TRAP 32.1(c), (h), (i)):**

| Court: **151st Judicial District Court** | County: **Harris** | Trial Court Docket Number (Cause No.): **2014-13474** |
|---|---|---|

| Trial Judge (who tried or disposed of case): | Court Clerk (district clerk): |
|---|---|
| **Mike Engelhart** | **Chris Daniel** |
| Telephone Number: **(713) 368-6222** (include area code) | Telephone Number: **(713) 755-7300** (include area code) |
| Telecopy Number: (include area code) Address: | Telecopy Number: **( )** (include area code) Address: |
| **201 Caroline, 11th Floor Houston, Texas 77002** | **201 Caroline, Suite 420 Houston, Texas 77002** |

| Clerk's Record | Sworn copy for accelerated appeal | Will request ☐ (Note: No request required under TRAP 34.5(a), (b)) | Was requested on: |
|---|---|---|---|
| Yes **X** | **N/A** (*See* TRAP 28.3) | | **February 12, 2015** |

| Court Reporter or Court Recorder: | Court Reporter or Court Recorder: |
|---|---|
| **Carolyn Ruiz Coronado** | |
| Telephone Number: **(713) 368-6212** (include area code) | Telephone Number: (include area code) |
| Telecopy Number: **( )** (include area code) | Telecopy Number: (include area code) |
| Address: **201 Caroline, 11th Floor Houston, Texas 77002** | Address: |

(Attach additional sheet if necessary for additional court reporters/recorders)

| Length of trial (approximate): **3-4 hours** | State arrangements made for payment of court reporter/recorder: **Transcript of trial proceedings was requested and payment made prior to filing Appeal. Will send firm check upon request for payment of the remainder of the Reporter's Record.** | | |
|---|---|---|---|
| Reporter's or Recorder's Record (check if electronic recording ☐) | None | Will request ☐ | Was requested on: **February 12, 2015** |

**VII. Nature Of The Case (TRAP 32.1(f))** (Subject matter or type of case: E.g., personal injury, breach of contract, workers' compensation, condemnation, DTPA, employment/labor, family code, juvenile, malpractice, probate, UCC, tax, oil & gas, real property or temporary injunction):

**Public Information Request**

| **VIII.** <br> **(TRAP 32.1(1)):** | None **X** | Will file ☐ | Was filed on: |
|---|---|---|---|

**IX. Extraordinary Relief:** Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court? Yes ☐ No **X** If yes, briefly state the basis for your request.

**X. Alternative Dispute Resolution/Mediation (if applicable)** (As of 8/19/97, these programs exist in the 1st (Houston), 3rd (Austin), 4th (San Antonio), 5th (Dallas), 9th (Beaumont), 13th (Corpus Christi), and 14th (Houston)). (Use additional sheets, if necessary).

1. Should this appeal be referred to mediation? If not, why not.

**No. It is a legal question.**

2. Has the case been through an ADR procedure in the trial court?
   If yes, answer the following: **No**

a. Who was the mediator? **N/A**
b. What type of ADR procedure? **N/A**

c. At what stage did the case go through ADR? (Specify pre-trial, trial, post-trial, other)

   **N/A**

d. Rate the case for complexity. Use 1 for the least complex and 5 for the most complex. Circle one. **N/A**

1   2   **3**   4   5

e. Can the parties agree on an appellate mediator? If yes, give name, address, and telephone and telecopy numbers (with area codes).

   **N/A**

f. Languages other than English in which the mediator should be proficient:

   **N/A**

**XI.** **Related Matters:** List any pending or past related **appeals or original proceedings** (e.g., mandamus, injunction, habeas corpus) before this or any other Texas appellate court by court, docket number, and style.

   **N/A**

**XII.** Any other information requested by the court (see attachments, if any).

   **N/A**

**XIII. Signature:**

_[signature: Donna L. Johnson]_      Date: **2-26-15**

Signature of counsel
(or pro se party)              State Bar No.: **24068896**

Printed Name:    **Donna L. Johnson**

**XIV. Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served by facsimile on the following lead counsel for all parties to the trial court's order or judgment as follows on **February 26, 2015.**

> **William Vance Aleshire**
> **ALESHIRELAW, P.C.**
> **700 Lavaca Suite 1400**
> **Austin, Texas 78701**
> **Ph: (512) 320-9155**
> **Fax: (512) 320-9156**
>
> **Attorney for Plaintiffs, Integrity Title LLC and Marian Cones.**

_[signature: Donna L. Johnson]_

Signature

(TRAP 9.5(e) requirements stated below; use additional sheets, if necessary)

**Note: Certificate of Service Requirements (TRAP 9.5(e)):** A certificate of service must be signed by the person who made the service and must state:

(1)     the date and manner of service;
(2)     the name and address of each person served; and
(3)     if the person served is a party's attorney, the name of the party represented by that attorney.